UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO

STATE OF OHIO              )
                           ) SS
COUNTY OF HAMILTON         )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for southwest Ohio, northern Kentucky, and southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the Mail was used, your affiant has learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

On or about November 22, 2017, your affiant requested a check in a postal system for parcels being mailed to northern Kentucky. Priority Mail Express parcel label number EL810249908US (SUBJECT PARCEL) was located addressed to 1013 Scott St, Covington, Kentucky 41011 coming from northern California, which is, based on my training and experience, a known drug source location.

Your affiant contacted the Processing & Distribution Center (P&DC) Cincinnati, Ohio regarding the SUBJECT PARCEL. Your affiant requested to be contacted when the SUBJECT PARCEL arrived at their location for processing.

Your affiant knows she obtained a federal search warrant on or about November 21, 2017 for a parcel going to an address in northern Kentucky coming from Sacramento, California. That parcel was found to contain approximately 244 grams of a substance that field tested positive for methamphetamine. Your affiant knows that the same person or persons checking on the SUBJECT PARCEL via tracking number has also checked on the parcel containing the methamphetamine.

On or about November 24, 2017, your affiant was contacted by the P&DC regarding the arrival of the SUBJECT PARCEL. The SUBJECT PARCEL is addressed to John Minnie, 1013 Scott Blvd #1, Covington, KY 41011 with a return address of Jeneane Taylor, 914 12th St #304, Sac, CA 95814. Your affiant requested the SUBJECT PARCEL be placed in a secure area for further investigation.

Your affiant did a check in CLEAR regarding the addressee address on the SUBJECT PARCEL. CLEAR is a database that is used by law enforcement as a tool to identify person/business and address information. According to CLEAR, the name "Minnie" was associated with 1013 Scott St, Covington, KY 41011 in March 2016.

Your affiant did a check in CLEAR regarding the return address on the SUBJECT PARCEL. According to CLEAR, the name "Taylor" is not associated with 914 12th St #304, Sac, CA 95814.

On or about November 27, 2017, your affiant obtained the SUBJECT PARCEL from the P&DC.

Drug Enforcement Administration (DEA) Task Force Officer William Conrad was contacted to arrange for a narcotic canine to check the SUBJECT PARCEL. DEA Task Force Officer William Conrad responded to the Cincinnati Postal Inspection Service office, Cincinnati, Ohio where the SUBJECT PARCEL was placed in a controlled area and presented to narcotic canine, "Joey". "Joey" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon the SUBJECT PARCEL. As noted above, attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

The SUBJECT PARCEL is further identified as follows: a U.S. Postal Service Priority Mail Express cardboard envelope approximately 15" x 9 1/2" in size, bearing label number EL810249908US, weighing 15 ounces, postmarked November 21, 2017; see address information below:

**Sender:** Jeneane Taylor
914 12th St #304
Sac, CA 95814

**Addressee:** John Minnie
1013 Scott Blvd #1
Covington, KY 41011

This information along with the positive alert of narcotic canine "Joey" is indicative of a drug package or its proceeds.

Based on the information contained herein, your affiant believes that contained in the SUBJECT PARCEL is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

Therefore, a search warrant to open the SUBJECT PARCEL is requested.

Further, your affiant sayeth naught.

*(signature)*

Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this 27 day of November, 2017.

*(signature)*

Honorable Stephanie K. Bowman
United States Magistrate Judge

# United States Postal Inspection Service
## Pittsburgh Division

## OFFICER AFFIDAVIT

I, William Conrad, am and have been employed by the Covington PD/DEA since 2010. Among other duties, I am currently the assigned handler of narcotics detection canine "Joey" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

marijuana, cocaine, methamphetamine and heroin

On 11-22-17, at the request of Postal Inspector O'Neill, I responded to Cincinnati Postal Inspection Service office, where "Joey" did alert to and indicate upon:

[describe item]

EL810249908US addressed to John Minnie 1013 Scott Blvd #1 Covington KY 41011 return address Jenlane Taylor 914 12th St #301 Sac CA 95814

Which, based upon my training and experience and that of "Joey", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ 11-27-17
(Signature and Date)

_____ 11-27-17
(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009